# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**PETER GRAVES**  **PETITIONER**
Reg #26784-076

v.   Case No. 2:20-CV-196-LPR-BD

**DEWAYNE HENDRIX,**
Warden   **RESPONDENT**

## ORDER

The Court has received a Recommended Disposition from Magistrate Judge Beth Deere (Doc. 2). No objections have been filed, and the time for doing so has passed. After careful review of the Recommended Disposition, as well as the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Therefore, Mr. Peter Graves' petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice for lack of jurisdiction.

IT IS SO ORDERED this 4th day of November 2020.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE