# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**PETER GRAVES**  **PETITIONER**
Reg #26784-076

v.  Case No. 2:20-CV-196-LPR-BD

**DEWAYNE HENDRIX,**
Warden  **RESPONDENT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that Mr. Peter Graves' petition for writ of habeas corpus is DISMISSED without prejudice for lack of jurisdiction.

IT IS SO ADJUDGED this 4th day of November 2020.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE